IN THE UNITED STATES DISTRICT COURT OF
THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Donald Broussard | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | C.A. NO. 3:13-cv-349 |
| | § | |
| ENI US Operating Co., Inc. | § | |
| | § | |
| Defendant | § | |

**<u>PLAINTIFF'S WITNESS LIST</u>**

Donald Broussard

Jack Madeley

Todd Cowen, M.D.

Jeff Peterson

Ken McCoin, Ph.D.

George Williams, M.D. *by deposition

Kirsten Broussard

James Gulde

Joey Regan

Any person listed on Defendant's witness list.

        Respectfully Submitted,

        ARNOLD & ITKIN LLP

        */s/ Kurt B. Arnold*
        _____
        Kurt B. Arnold
        Attorney-In-Charge
        SBN: 24036150
        SDTX: 36185
        karnold@arnolditkin.com
        ARNOLD & ITKIN LLP
        6009 Memorial Drive
        Houston, Texas 77007
        Tel: 713.222.3800
        Fax: 713.222.3850

        **\*For electronic service use:**
        **e-service@arnolditkin.com**

        **ATTORNEY FOR PLAINTIFF**

OF COUNSEL:

Caj D. Boatright
SBN: 24036237
SDTX: 650384
cboatright@arnolditkin.com

## CERTIFICATE OF SERVICE

   I hereby certify that on December 22, 2014, I electronically filed the foregoing pleading with the Clerk of Court, using the CM/ECF system which will send notification of such filing to all counsel of record.

        */s/ Kurt B. Arnold*
        _____
        Kurt B. Arnold