# Todd D. Cowen
## MD, FAAPMR, DABPM, CLCP

## BIOGRAPHY

**Dr. Todd D. Cowen** is a Physical Medicine & Rehabilitation and Pain Medicine specialist who has practiced medicine in Louisiana since 1995. In addition, he is a Certified Life Care Planner as designated by the International Commission of Health Care Certification.

He is a licensed physician in the State of Louisiana and is credentialed by the Louisiana State Medical Board, the American Board of Physical Medicine & Rehabilitation, and the American Board of Pain Medicine.

Dr. Cowen's professional career includes numerous medical directorships, committee memberships and advisorships. He currently is the Medical Director for the Inpatient Rehabilitation Unit and the Spine Center of Excellence at Thibodaux Regional Medical Center.

His professional associations include the American Academy of Physical Medicine & Rehabilitation, the American Academy of Pain Medicine, Thibodaux Regional Medical Center, the Louisiana State Medical Society and the Lafourche Parish Medical Society.

Dr. Cowen earned a Doctor of Medicine and a Bachelor of Science from Louisiana State University.

In addition to receiving numerous professional and academic awards, Dr. Cowen is also publisher and presenter on topics of Physical Medicine and Rehabilitation and Pain Medicine.

**Physician Life Care Planning**
America's Leading Life Care Planner

11550 IH 10 West
Suite 375
San Antonio, Texas 78230

Phone: (210) 501-0995
email: tcowenmd@physicianLCP.com

# Todd D. Cowen
MD, FAAPMR, DABPM, CLCP

## Curriculum Vitae

Physician Life Care Planning
America's Leading Life Care Planner

11550 IH 10 West
Suite 375
San Antonio, Texas 78230

Phone: (210) 501-0995
email: tcowenmd@physicianLCP.com

## Specialties

Physical Medicine & Rehabilitation
Pain Medicine

## Educational Background

Louisiana State University
Degree: Doctor of Medicine
1991

Louisiana State University
Degree: Bachelor of Science
1987

## Post Graduate Training

University of Alabama, Spain Rehabilitation Center
Residency, Physical Medicine & Rehabilitation
1992 - 1995

Louisiana State University Medical Center
Internship, Internal Medicine
1991 - 1992

## Accreditations

International Commission of Health Care Certification
Certified Life Care Planner
2013

The American Board of Pain Medicine
Board Certification
2000

The American Board of Physical Medicine & Rehabilitation
Board Certification
1996

Louisiana State Medical License
1995

## Professional Appointments

Physician Life Care Planning, LLC
Associate Physician
June 2012 - Present

Thibodaux Regional Medical Center
Medical Director, Spine Center of Excellence
2009 - Present

# Todd D. Cowen
MD, FAAPMR, DABPM, CLCP

## Curriculum Vitae

Thibodaux Regional Medical Center
Medical Director, Inpatient Rehabilitation Services
1995 - Present

Bancroft Rehabilitation Living Centers, New Orleans and Covington, LA
Medical Director
2003 - 2005

## Professional Assocations

American Academy of Pain Medicine
American Academy of Physical Medicine & Rehabilitation
Lafourche Parish Medial Society
Louisiana State Medical Society
Thibodaux Regional Medical Center

## Honors & Activities

Chief of Staff
Thibodaux Regional Medical Center
2005

Medical Executive Committee
Thibodaux Regional Medical Center
2002 - 2005

Medical Director of the Year
RehabCare Group
2002

Chief Resident of Physical Medicine & Rehabilitation
University of Alabama, Birmingham
1994 - 1995

Program Representative to the Resident Physician Council
The American Academy of Physical Medicine & Rehabilitation

Think First, A Spinal Cord and Head Injury Prevention Program
University of Alabama, Birmingham

Prosthetics and Orthotics Program
University of Alabama, Birmingham Medical Center
1995

Prosthetics and Orthotics Program
Northwestern University
1993

# Todd D. Cowen
MD, FAAPMR, DABPM, CLCP

## CURRICULUM VITAE

### PUBLICATIONS

Cowen, T.C., Meythaler, J.M., De Vivo, M.J., Lebow, J., Ivie, C.S., Novak, T.A., *Influence of Early Variables in Traumatic Brain Injury on Functional Independence Measure Scores and Rehabilitation length of Stay and Charges.*, <u>Archives of Physical Medicine & Rehabilitation</u>, 1995; 76: 797-803

Cowen, T.C., Huang, CT, Lewbow, J., De Vivo, M.J. Hawkins, L.N. *Functional Outcomes After Inpatient Rehabilitation of Patients with End Stage Renal Disease.*, <u>Archives of Physical Medicine & Rehabilitation</u>. 1995 75: 355-359.

Cowen, T.C. Meythaler, J.M., *Hypotensive Effects of Thioridazine in Elderly Patient with Traumatic Train Injury.*, <u>Brain Injury</u>, 1994; 8: 735-737

### PRESENTATIONS

Physical Medicine & Rehabilitation Approach to Chronic Pain
Multiple locations and dates, including the Louisiana Association of Rehabilitation Professionals (LARP) Annual Meeting, June 1996

Botulinum Toxin in the Treatment of Pain
Thibodaux Regional Medical Central

Medication Management of Chronic Pain
Multiple locations and dates, including LARP September 2012

Models for Industrial Rehabilitation
Multiple locations and dates

The Cost Benefits of Medical Rehabilitation: A Review of the Literature
Grand Rounds Presentation
UAB Dept. of PM&R, February 1995

Initial Glasgow Coma Scale Scores as Predictor of Functional Outcomes After Traumatic Brain Injury
Grand Rounds UAB Dept. of PM&R, April 1994

Functional Outcomes After Inpatient Rehabilitation of Patients with End Stage Renal Disease, Platform Presentation
Annual Meeting APMR, November 1993

Rehabilitation of Patients with End Stage Renal Disease
Grand Rounds, UAB Dept. of PM&R, May 1993

# R E S U M E

## KENNETH G. McCOIN

| | | |
|---|---|---|
| ADDRESS: | Office | 7670 Woodway, Suite 171<br>Houston, Texas 77063 |
| | Home | 7814 Del Monte<br>Houston, Texas 77063 |
| TELEPHONE: | Office | (713) 626-0144 |
| | Fax | (713) 334-7307 |
| | Home | (713) 977-0222 |
| | Email | kgmccoin@swbell.net |

---

**PRESENT ACTIVITIES:** President, Waterford International Asset Management, Inc. (4/88 to present). Economic and financial analysis.

**PROFESSIONAL EXPERIENCE:** Principal, Private Equity, Inc. (9/81 to 9/87). Private Equity NASD direct participation broker/dealer.

President (3/78 – 9/81) Mosher, McCoin & Sims, Inc., investment advisors.

Chief Economist (1976-1978), Economist (1974-1976) American General Capital Management, Inc. Investment advisors and mutual fund managers.

**TEACHING EXPERIENCE:** Adjunct Professor Business and Economics, Houston Baptist University, 1978-2006. Courses taught: investments, corporate finance.

Lecturer in Administrative Science, Jess H. Jones School of Administration, Rice University 1985-1986.

Lecturer in Finance and Economics, University of Houston, 1975 to 1985. Instructor of Finance 1971-1974, Teaching Fellow, University of Houston 1970-1971. Subjects taught (graduate and under-graduate): corporation finance, money and banking, managerial economics, investments, micro-economics.

|  |  |
|---|---|
|  | Program Director, Intensive Management Development Institute, Houston, Texas. Financial management instruction for corporations. |
| EDUCATION: | Chartered Financial Analyst, 1979 |
|  | Investment Management Program Stanford University, 1976 |
|  | Ph.D. (1974) University of Houston. Areas of Defense: macroeconomics, micro-economics, econometrics, monetary economics, corporation finance and investments. Dissertation: The Relative Performance of Open-End Investment Companies During Periods of Rising and Falling Securities Prices, 1974. |
|  | B.B.A. (1970) University of Houston Major: Finance |
| PUBLICATIONS: | "The Bond Refunding Decision: One Face or Two?" Journal of Finance, March, 1977, (with T. H. Mayor) |
|  | "The Rate of Discount in Bond Refunding," Financial Management, Autumn, 1974 (with T. H. Mayor). |
|  | Instructor's Manual Security Analysis and Portfolio Management, Holt, Rinehart, and Winston, 1971. |
| PRESENTED PAPERS: | "Inflation, Common Stock Prices, and Financial Planning", International Association of Financial Planners, Connecticut and Western Massachusetts Chapters, Hartford, Connecticut, May, 1976. |
|  | "Inflation and Common Stock Prices: 1976 and Beyond", Houston, Chapter, National Association of Business Economists, April 1976. |
|  | "The inflation Outlook for 1976", Houston Chapter, National Association of Business Economists, October, 1975. |
|  | "Wall Street and The Pension Reform Act of 1974: Implications for Labor Managers", Ad Hoc Association of Directors of Human Relations, Motorola Executive Institute, Oracle, Arizona May 1975. |
|  | "Discriminate Analysis of Consumer Credit Applications", Managers and Directors Annual Conference – Texas Credit Union League, March, 1972, Houston, Texas |
| TEACHING AWARD: | Outstanding Faculty Award 2001-2002, Houston Baptist University, Professional MBA Program. |

| | |
|---|---|
| HONOR SOCIETIES: | Omicron Delta Epsilon (International Honor Society in Economics) |
| | Beta Gamma Sigma (Honor Society in Business Administration) |
| PROFESSIONAL SERVICE: | Economic Studies Committee, Investment Company Institute, Washington, D.C. The committee is chartered to study and assess the impact of developments in the economy and in the financial markets on investment companies. |
| | Abstractor: Financial Analyst Digest, 1990 |
| | Faculty member 4th Annual Advanced Expert Witness Course, State Bar of Texas, February 2004 |
| PROFESSIONAL ASSOCIATIONS: | American Economic Association<br>American Finance Association<br>Houston Society of Financial Analysts<br>Financial Analysts Association<br>National Association of Business Economists<br>    President Houston Chapter 1977<br>    Vice-President, Houston Chapter 1976 |

# JEFFREY J. PETERSON, M.Ed.
## Vocational / Rehabilitation Specialist

667 Post Oak Road  
Sulphur, Louisiana 70663

Telephone: 337-625-2526  
Facsimile: 337-625-2035

## EDUCATION

1984 AUBURN UNIVERSITY, Alabama — • M.Ed. Rehabilitation Services  
1980 MINOT STATE UNIVERSITY, North Dakota — • B.S. Special Education  
1980 MINOT STATE UNIVERSITY, North Dakota — • B.S. Elementary Education

## INTERNSHIP

09/83 – 01/84 GREATER NEW ORLEANS REGIONAL SERVICE CENTER, New Orleans, LA

## PRESENT EMPLOYMENT

09/85 – Present     JEFF PETERSON & ASSOCIATES, LLC Sulphur and Lake Charles, LA  
**Vocational/Rehabilitation Specialist • Owner**

*Services and duties include:*

- Vocational Evaluation
- Vocational Rehabilitation & Adjustment Counseling
- Vocational Consultation and Expert Testimony
- Life Care Planning
- Case Management
- ADA Compliance Consulting
- Labor Market Surveys & Job Site Analysis
- Job & Task Analysis
- Job Development & Placement

## PRIOR EXPERIENCE

10/85 – 05/88     SOUTHWEST LOUISIANA INDEPENDENCE CENTER, Lake Charles, LA  
**Rehabilitation Specialist • Director**

07/84 – 09/85     PROFESSIONAL REHABILITATION SERVICES, Lake Charles, Louisiana  
**Rehabilitation Specialist**

09/83 – 07/84     GREATER NEW ORLEANS REGIONAL SERVICE CENTER, New Orleans, LA  
**Community Services Specialist**

04/82 – 09/83     AUBURN UNIVERSITY, Auburn, AL  
**Graduate Assistant**

07/80 – 03/82     VALLEY CITY OPEN DOOR CENTER, Valley City, ND  
**Vocational/Rehabilitation Coordinator • Director**

## LICENSURES & CERTIFICATIONS
**Licensed Rehabilitation Counselor (L.R.C.) No. 117**
    by Louisiana Licensed Professional Vocational Rehabilitation Board of Examiners
    Expiration Date: July 31, 2014         Member since 1989

**Licensed Professional Counselor (L.P.C.) No. 574**
    by Louisiana Licensed Professional Counselor Board of Examiners
    Expiration Date: June 30, 2014        Member since1988

**Certified Rehabilitation Counselor (C.R.C.) No. 23683**
    by National Commission for Health Certifying Agencies,
    Commission on Rehabilitation Counselor Certification
    Expiration Date: March 31, 2015        Member since 1990

**Certified Vocational Evaluator (C.V.E.) No. 1519**
    by Commission on Rehabilitation Counselors Certification
    Expiration Date: March 31, 2015        Member since 1984

**Certified Life Care Planner (C.L.C.P.) No. 365**
    by Commissioners on Health Care Certification
    Expiration Date: October 31, 2014        Member since 2000

**Certified Vocational Specialist (C.V.S.) No. 003**
    by Louisiana VEWAA
    Expiration Date: July 31, 2013        Member since 1992

**Vocational Expert, Social Security Administration, Contract No. 1078-06-60110**
    Vendor since 1989


## PROFESSIONAL ORGANIZATIONS (Includes National and Louisiana Chapters)
Vocational Evaluation and Career Assessment Professionals (VECAP)
International Association of Rehabilitation Professionals (IARP)
Louisiana Association of Rehabilitation Professionals (LARP)
National Rehabilitation Association (NRA)
Vocational Evaluation & Work Adjustment Association (VEWAA)
National Rehabilitation Counselors Association (NRCA)
National Association of Service Providers in Private Rehabilitation (NASPPR)
Rehabilitation Counselors and Educators Association (RCEA)
American Counseling Association (ACA)
American Rehabilitation Counseling Association (ARCA)
Association for Assessment in Counseling (AAC)
National Career Development Association (NCDA)
National Employment Counselors Association (NECA)

## AREA ORGANIZATIONS
West Calcasieu Chamber of Commerce, Sulphur, Louisiana
Rotary International, Sulphur, Louisiana
United Way Allocation & Review Committee, Lake Charles, Louisiana
Imperial Calcasieu Human Resource Management Association (ICHRMA)
Lion's Club International, Sulphur, Louisiana


## PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| 11/08 – Present | **Board Member-at-Large**, Louisiana (VEWAA) Vocational Evaluation and Work Adjustment Association |
| 01/94 – 12/96 | **Special Interest Group Leader**, VEWAA – National appointment for the group on Private Rehabilitation Practice |
| 01/94 – 12/96 | **Treasurer**, (NASPPR) National Association of Service Providers in Private Rehabilitation |
| 01/94 – 12/94 | **Past President**, (VEWAA) Vocational Evaluation and Work Adjustment Association – National & State of Louisiana appointments |
| 01/93 – 12/93 | **President**, (VEWAA) Vocational Evaluation and Work Adjustment Association – National & State of Louisiana appointments |
| 01/92 – 12/93 | **Board Member-at-Large**, NASPPR |
| 01/92 – 12/93 | **Secretary**, Louisiana Association of Rehabilitation Professionals |
| 01/92 – 12/92 | **President-Elect**, National VEWAA and Louisiana VEWAA |
| 01/91 – 12/92 | **Committee Member**, National Advisory Committee on Work Hardening Programs, Commission on Accreditation of Rehabilitation Facilities |
| 09/89 – 09/91 | **Professional Peer Review Committee**, NHIF |
| 12/88 – 12/91 | **Legislative Committee Member**, Louisiana Head Injury Foundation |
| 01/89 – 4/91 | **National Treasurer**, VEWAA |
| 07/90 – 12/90 | **Regional Board**, LRA |
| 11/87 – 11/88 | **Credentials Committee**, VEWAA |
| 10/85 – 11/87 | **National Board Member-at-Large**, VEWAA |
| 08/83 – 10/85 | **National Chairman, Evaluation and Adjustment Services Standards Committee**, VEWAA |
| 11/82 – 08/83 | **National Chairman, Student Affairs Committee**, VEWAA |


## AWARDS
Mary E. Switzer Scholar, *"Private Sector Rehabilitation: Insurance, Trends & Issues for the 21st Century"*, 1993 Switzer Monograph, 17th Edition, The National Rehabilitation Association, June 1993

# PUBLICATIONS

Peterson, Jeffrey J., *"Private Sector Vocational Rehabilitation: The Bottom Line Issues"*, Louisiana Worker's Compensation Law, Wisconsin: Professional Education Systems, Inc., 1997, pp. III-2 – III-23

Peterson, Jeffrey J., *"Vocational Expert Opinions: Pre-Injury vs. Post-Injury Areas to Examine – Capacity to Work and Earn Money – Work Life Expectancy –Related Economic Values/Losses"*, 1996 Proof of Personal Injury Damages in Louisiana, Wisconsin: Professional Education Systems, Inc., 1996, pp. III-1 – III-39.

Peterson, Jeffrey J., *"Private Sector Vocational Rehabilitation: Does It Help or Hurt?"* Worker's Compensation: ADA and Return to Work Issues Wisconsin: Professional Education Systems, Inc., 1995, pp. III-2 – III-69.

Peterson, Jeffrey J., *"Vocational Rehabilitation of the Injured Worker, Is It Really Necessary"*, Louisiana Worker's Compensation Law Wisconsin: Professional Education Systems, Inc., 1994, pp. III-2 – III-46.

Peterson, Jeffrey J., *"I Don't Need to Pay Attention to What's Going On or Do I?"* NASPPR Private Rehab, Volume 10/Winter 1993, p.6.

Peterson, Jeffrey J., *"I Don't Need to Pay Attention to What's Going On or Do I?"* Louisiana Rehabilitation, Volume 5, Number 4/Fall 1992, p.9.

Peterson, Jeffrey J., *"Vocational Rehabilitation of the Injured Worker – Is It Really Necessary?"* Louisiana Worker's Compensation Law, Wisconsin: Professional Education Systems, Inc., 1992, pp. III-1 – III-17.

Peterson, Jeffrey J., *"The Impact of the ADA on the Field of Vocational Evaluation"*, The Issue Papers, Fifth National Forum on Issues in Vocational Assessment, Ed. Ronald R. Fry. Wisconsin: Materials Development Center, 1991, pp. 53 – 56.

Peterson, Jeffrey J., *"Vocational Rehabilitation of the Injured Worker"*, Louisiana Worker's Compensation Law, Wisconsin: Professional Education Systems, Inc., 1991, pp. III-1- III-22.

# PRESENTATIONS

*The Role of the Voc Rehab Specialist in Preparation for Mediation,* Lafayette Bar Association Seminar, Lafayette, Louisiana, December 30, 2009

*If We're The "Experts", Why Don't We Own Our Market?,* J., 2008 17th Annual Louisiana VEWAA Symposium, Baton Rouge, Louisiana, November 11, 2008

*The Role of Vocational Testing in Vocational Evaluation,* 2008 LARP Annual & Legislative Conference, New Orleans, Louisiana, March 19, 2008

*If We're The "Experts", Why Don't We Own Our Market?,* J., 2007 VECAP 13th National Forum, Auburn University, Alabama, April 28, 2007

*Business Planning for the Vocational Rehabilitation Private Practitioner,* co-presenter with Tilton, Joshua S.; Peterson, 2007 VECAP 13th National Forum, Auburn University, Alabama, April 27, 2007

*Work and the Person with Chronic Pain: A Different Approach,* 2004 International Conference on LCP Pre-Conference Seminar, New Orleans, Louisiana, October 7 and 8, 2004

# PRESENTATIONS (continued)

*Updates on American Disability Act (ADA)*, Louisiana Occupational Health Conference, Lake Charles, Louisiana, August 05, 2000

*"Private –Sector Vocational Rehabilitation: The Bottom Line Issues"*, 1999 Professional Education System, Inc. Baton Rouge, Louisiana, March 10, 1999

*"The Legal Role of A Vocational Expert/Consultant"*, The Southwest Louisiana Paralegal Association Luncheon, Lake Charles, Louisiana, July 14, 1998

Panel Speaker with Honorable Ulysses G. Thibodeaux, Attorney Michael Miller, Vocational Rehabilitation Specialist Louis Lipinski on *Vocational/Rehabilitation and Workers' Compensation Issues*, 1997 Louisiana State Bar Association Program, Baton Rouge, Louisiana, December 19, 1997

*"Private Sector Vocational Rehabilitation: The Bottom Line Issues"*, 1997 PESI Louisiana Worker's Compensation Law Seminar, Professional Education Systems, Inc., Baton Rouge and New Orleans, Louisiana, March 20 – 21, 1997

Co-Speaker with Honorable Ulysses G. Thibodeaux on *"Private Sector Vocational Rehabilitation: How To Do It Properly"*, 1996 Louisiana State Bar Association Seminar, Lafayette, Louisiana, December 13, 1997

*"Private Sector Vocational Rehabilitation: The Bottom Line Issues"*, 1997 Lorman Louisiana Worker's Compensation Law Seminar, Lorman Business Center, Baton Rouge, Louisiana, October 14, 1997

*"Utilizing the Vocational Consultant/Expert"*, Southwest Bar Association Seminar, Lake Charles, Louisiana, August 16, 1996

*"Vocational Expert Opinions: Pre-Injury vs. Post-Injury Areas to Examine – Capacity to Work and Earn Money – Work Life Expectancy –Related Economic Values/Losses"*, 1996 PESI Proof of Personal Injury Damages in Louisiana Seminar, Professional Education Systems, Inc., November 7 – November 8, 1996

Peterson, Jeffrey J., *"Private Sector Vocational Rehabilitation: Does It Help or Hurt?"* 1995 PESI Worker's Compensation: ADA and Return to Work Issues Seminar, Professional Education Systems, Inc., November 2 – November 3, 1995

*"Vocational Rehabilitation of the Injured Worked"*, 1994 PESI Louisiana Workers' Compensation Law Seminar, Baton Rouge and New Orleans, Louisiana, November 17 – 18, 1994

1993 VEWAA National Forum Executive Board Meeting, Virginia Beach, Virginia, March 6 – 7, 1993

*"Closing Address"*, The Sixth National Forum on Issues in Vocational Assessment, Virginia Beach, Virginia, March 6, 1993

*"As a Rehabilitation Professional, Are You Ready to Implement ADA?"* 1992 National Rehabilitation Association Conference, San Diego, California, December 7, 1992

Vocational Evaluation and Work Adjustment Association 1992 Executive Board Meeting, San Diego, California, December 3 – December 6, 1992

*"Vocational Rehabilitation of the Injured Worker"*, Virginia Rehabilitation Association 1992 Annual Conference, Williamsburg, Virginia, September 20 – 22, 1992

*"The Rehabilitation Professional's Role in Implementing the ADA"*, Annual Southwest Regional NRA and LRA, LAEP Training Conference, New Orleans, Louisiana, July 30, 1992

# PRESENTATIONS (continued)

Vocational Evaluation and Work Adjustment Association 1992 Mid-Year meeting, Chicago, Illinois, June 26 – 28, 1992

"The Americans with Disabilities Act and Its Relationship to Private Sector Rehabilitation", Louisiana Association of Rehabilitation Professionals – Acadiana Chapter Meeting, Lafayette, Louisiana, May 13, 1992

"Safety Engineering and the Americans with Disabilities Act: Can the Two Work Together?" Safety Engineering Society, Lake Charles, Louisiana, April 20, 1992

"Implementing the American with Disabilities Act: Are You Ready for the ADA?" Southwest Regional Conference for the ADA, Lake Charles, Louisiana – March 18, 1992; Lafayette, Louisiana – March 19, 1992

"How Implementing the Americans with Disabilities Act Will Benefit the Handling of Workers' Compensation Cases", Claims Association, Lafayette, Louisiana, February 5, 1992

"Overview of the Americans with Disabilities Act and Its Impact on Workers' Compensation in Louisiana", Administrative Law Judges, State of Louisiana Office of Workers' Compensation, Baton Rouge, Louisiana, February 3, 1992

"Overview of the Americans with Disabilities Act and Its Impact on Local Credit Unions", Lake Charles Credit Union Chapter, Lake Charles, Louisiana, January 13, 1992

"Overview of the Americans with Disabilities Act", Sulphur Rotary Club, Sulphur, Louisiana, December 11, 1991

"Overview of the Americans with Disabilities Act", International Association of Personnel in Employment Security, District IV I.A.P.E.S. Mini-Institute, Lake Charles, Louisiana, September 24, 1991

"Vocational Rehabilitation of the Injured Worker", Louisiana Workers' Compensation Law; Professional Education Systems, Inc., Baton Rouge and New Orleans, Louisiana, September 19 and 20, 1991

"Overview of the Americans with Disabilities Act and the Relationship to Rehabilitation Professionals", LAEP General Luncheon Meeting, Our Lady of the Lake Regional Medical Center, Baton Rouge, Louisiana, September 16, 1991

"The Impact of the Americans with Disabilities Act on the Field of Physical Therapy", Louisiana Physical Therapy Association – Lake Charles District, Lake Charles, Louisiana, September 10, 1991

"The Impact of the Americans with Disabilities Act on the Field of Vocational Evaluation", VEWAA First Annual Symposium on Vocational Evaluation, New Orleans, Louisiana, August 15, 1991

"The Impact of the Americans with Disability Act on the Field of Rehabilitation", Our Lady of the Lake Hospital, Baton Rouge, Louisiana, June 10, 1991

The VEWAA 1991 Annual Mid-Year Conference, Denver, Colorado, March 9, 1991

"The Impact of the Americans with Disabilities Act on the Field of Vocational Evaluation", The Fifth National Forum on Issues in Vocational Assessment, Colorado, March 8, 1991

The VEWAA 1990 Annual Conference, Minneapolis, Minnesota, November 9 – 12, 1990

## PRESENTATIONS (continued)

*"Interdisciplinary Approach to Work Hardening",* Louisiana Occupational Therapy Association Fall Conference, Lafayette, Louisiana, October 6, 1990

LRA Board Meeting, New Orleans, Louisiana, October 5, 1990

*"Vocational Issues Which Head Injured Persons and Family Members Need to Consider",* Louisiana Head Injury Foundation, New Orleans, Louisiana, June 30, 1990

*"The Vocational/Rehabilitation Specialist's Role in Worker's Compensation,"* Mini-seminar/Luncheon, Lake Charles, Louisiana, April 20, 1990

The VEWAA Mid- Year Executive Board Meeting, Minneapolis, Minnesota, April 6 – 9, 1990

VEWWA Annual Conference, Orlando, Florida, September 5 – 10, 1989

The VEWAA Mid-Year Executive Board Meeting, St. Louis, Missouri, March 11 – 12, 1989

The Fourth National Forum on Issues in Vocational Assessment, VEWAA, St. Louis, Missouri, March 8 – 11, 1989

VEWAA Annual Executive Board Meeting, VEWAA, New Orleans, Louisiana, November 4 – 9, 1987

The Regional VI Conference on Independent Living, Rehabilitation Continuing Education Program, University of Arkansas, Dallas, Texas July 20 – 22, 1987

Annual VEWWA Executive Board Meeting, Des Moines, Iowa, October 2 – 3, 1986
VEWAA Mid-Year Executive Board Meeting, VEWAA, San Francisco, California, February 27 – March 1, 1985

Annual VEWAA Executive Board Meeting, VEWAA, Boston, Massachusetts, August 13 – 14, 17, 1983

## JACK T. MADELEY, P.E., CSP

Madeley Safety Engineering Consultants
2700 Earl Rudder Freeway South, Suite 2700
College Station, Texas 77845
979/693-2041 (Office)
979/693-2043 (Fax)

EDUCATION:

- M.S., Safety Engineering (Workplace Safety Engineering, Product Safety Engineering, Human Factors Engineering, Fire Protection Engineering, and Industrial Hygiene)
  Texas A&M University, 1996

- B.S., Industrial Engineering (specialty - Safety Engineering)
  Texas A&M University, 1975

REGISTRATIONS AND CERTIFICATIONS:

Registered Professional Engineer (P.E.) - Texas, Certificate No. 56529
Board Certified Safety Professional (CSP) - No. 6348
Certified Walkway Auditor Safety Specialist - by National Floor Safety Institute

PROFESSIONAL/SOCIETY MEMBERSHIPS:

American Society of Safety Engineers (ASSE)
Society of Fire Protection Engineers (SFPE)
System Safety Society (SSS)
National Safety Council (NSC)
National Fire Protection Association (NFPA)
American Society for Testing and Materials (ASTM)
    Member of Committees:  F-13 on Safety and Traction for Footwear
                              E-34 on Occupational Health and Safety
                              F-25 on Amusement Rides and Devices

EXPERIENCE:

<u>Owner</u> and <u>Principal Consultant</u> - Madeley Safety Engineering Consultants,
College Station, Texas, 1997-Present.

**MADELEY, Jack T., P.E., CSP**
Page 2

EXPERIENCE: (cont'd)

<u>Consultant</u> and <u>Professional Associate</u> - Nelson & Associates, Bryan, Texas, 1990-1997.
Accident cause analysis. Industrial and consumer product safety engineering. Industrial and consumer product accident reconstruction. Construction safety. Fire protection engineering. Industrial (workplace) and product safety management. Industrial and product safety program development and evaluation. Premises safety (stairs, ramps, level surfaces). Offshore and land-based oilfield safety. Human factors engineering analysis of workplace, premises, and equipment (product) systems. Risk assessment. System safety analysis.

<u>Consultant</u> - BIOTECHNICS INC, College Station, Texas, 1989-1990.
Provide clients with services in Fire Protection Engineering, Risk Assessment and Management, Forensic Engineering (litigation support and expert testimony) and other areas as needed. Major projects: Preliminary Hazard Analysis (PHA) for Super Conducting Super Collider, Design and Start-up Review for Food Processing Plant, Development of Emergency Plan for International Oil Operation.

<u>Advanced Safety Engineer</u> - Marathon Oil Company, Gulf Coast Region Onshore Operations, Shreveport, Louisiana, 1986-1989. Provide safety engineering services to onshore operations of the Gulf Coast Region which included Louisiana, Arkansas, and part of Texas. Work with field personnel and supervisors as well as production and construction engineers in areas of operation design and equipment for the oil and gas fields and gas plants. Accident reconstruction and analysis was required.

<u>Advanced Construction Engineer</u> - Marathon Oil Company, Gulf Coast Region Offshore Operations, Lafayette, Louisiana, 1985-1986. Construction project coordination for the Eastern Offshore District, including offshore facility layout, design, process specifications, fabrication inspection, and field installation supervision.

<u>Safety Engineer</u> - Marathon Oil Company, Gulf Coast Offshore District, Lafayette, LA 1978-85.
Personnel safety and accident rate reduction, technical support for litigation including the giving of depositions, offshore platform review, safety systems design review and preparation of design specifications.

<u>Safety Engineer</u> - Marathon Oil Company, Anchorage Division, Anchorage, Alaska, 1975-78.
Personnel safety and accident rate reduction, offshore platform review, safety systems review, and working with Alaska Oil and Gas Association in public hearings.

**MADELEY, Jack T., P.E., CSP**
Page 3
SELECT LECTURE PRESENTATIONS:

Guest Lecturer - Texas A&M University, Safety Engineering 310, "Fires and Explosions", March 2004

Guest Lecturer - Texas A&M University, Safety Engineering 321, "Falling Hazards", Fall 2003

Guest Lecturer - Texas A&M University, Safety Engineering 321, "Systems Safety", Fall 2002.

Guest Lecturer - Texas A&M University, Safety Engineering 312, "Preliminary Hazard Analysis," Spring, 1992.

Guest Lecturer - Texas A&M University, Safety Engineering 321, "Criteria for the Design of Adequate Product Warnings and Instructions," Fall, 1991.

Lecturer - Texas A&M University, Department of Industrial Engineering, Seminar for the Indonesian Government Oil and Gas Ministry - Pertamina, Indonesian, 1991.

Lecturer - "Fire Water System Design", Seminar sponsored by the Louisiana Chapter of the Society of Fire Protection Engineers - 1983.

Guest Instructor - Texas Firemen's Training School, Texas A&M University, Industrial Session - 1979.

Developer and Coordinator - First Petroleum Industry Supervisors Fire Fighting School, Kenai Community College, Alaska, 1977.

Speaker - Alaska Governor's Safety Conference - 1977.

Lecturer - Petroleum Safety Seminar sponsored by the Alaska Oil and Gas Association for Alaska Department of Labor - 1977.

CONFERENCES AND SEMINARS ATTENDED:

Construction Safety - 2012
Fastener design
Scaffolding Use, Guidelines & Applications

OSHA Safety: Stairways and Ladders - 2010
OSHA Cranes, Derricks, Hoists, Elevators and Conveyors
National Drilling Association - Drilling Safety
Material Handling Safety

**MADELEY, Jack T., P.E., CSP**
Page 4
CONFERENCES AND SEMINARS ATTENDED: (cont'd)

Structural Guying for Electric Distribution Systems

  General Piping Design - 2009
  Drilling Safety
  Interior Codes - Egress

  Sprinkler System Design - 2007
  Building Codes seminar

  Excavation and Shoring - 2006
  NFPA 921 Fires and Explosions

  Hydrogen Technology and Safety - 2005
  Hydrogen Refueling Safety

  Ergonomics Workshop - 3DSSPP Program - 2003
    University of Michigan

  Process Safety Seminar - 2002
    Mary Kay O'Connor Process Safety Center

  ASTM Conference on Safe Walking Surfaces and Falls, June 2001

  Mobile Cranes and Rigging Practice - 1990
    Crane Institute of America.

  Fire Protection Engineering - 1988
    National Institute of Standards and Technology and Society of Fire Protection Engineers.

 Industrial Hygiene Measurements - 1988
 Occupational Respiratory Protection - 1987
   Marathon Oil Company.

  Welding Seminar - 1986
    American Welding Society.

  Surface and Subsurface Safety Devices - 1984, University of Southwestern Louisiana.

  Basic Crane Operator Safety - 1982
    Safety Oilfield Services.

**MADELEY, Jack T., P.E., CSP**
Page 5

CONFERENCES AND SEMINARS ATTENDED: (cont'd)

Production Equipment - 1982
   Gilley and Associates.

Industrial/Marine Firefighting - 1981
   International Training Services Corp.

Hydrogen Sulfide Safety and Equipment for Instructors - 1980
   Safety International Training Center.

Oil Spill Control Course - 1979
   Texas Engineering Extension Service.

Combustion and Explosion Suppression - 1978
   Protection Systems Technology and Fenwal, Inc.

Protective Equipment - 1977
   University of Washington School of Public Health.

Welding - 1977
   University of Washington School of Public Health.

Ventilation - 1977
   University of Washington School of Public Health

Cold Water Survival School - 1977
   U.S. Air Force, Life Support Systems Group,
   Elmendorf Air Force Base, Alaska.

Industrial Noise Control - 1977
   Bruel & Kjaer Instruments, Inc.

Safety Requirements for Gas Pipeline Systems - 1977
   U.S Department of Transportation.

Drill Stem Testing and Special Tools - 1976
   Halliburton Services, Co.

System Safety Techniques - 1975
   Professional Conference of the American Society of Safety Engineers
   and the American Industrial Hygiene Association.

MADELEY, Jack T., P.E., CSP
Page 6

## SPECIFIC TRAINING

### Safety Engineering and Related Studies

| | |
|---|---|
| Safety Engineering I | Human Physiology |
| Safety Engineering II | Organic Chemistry |
| Safety Management | Industrial Hygiene |
| Fire Protection Engineering | Principles of Radiological Safety |

### General Engineering

| | |
|---|---|
| Mechanics I - Statics | Physical Metallurgy |
| Mechanics II - Dynamics | Fluid Mechanics and Heat Transfer |
| Thermodynamics | Time and Motion Study |
| Electrical Systems | Operations Research |
| Electrical Machinery | Industrial Statistics and Quality Control |
| Strength of Materials | |

### Graduate Work

| | |
|---|---|
| Product Safety Engineering | System Safety Engineering |
| Safety Engineering in Facilities Design | Biological Control System Analysis |
| Human Factors Engineering | Fire Protection Engineering |
| Industrial Hygiene | Research Statistics I & II |