IN THE UNITED STATES DISTRICT COURT OF
THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| Donald Broussard | § | |
| --- | --- | --- |
| Plaintiff | § | |
| | § | |
| v. | § | C.A. NO. 3:13-cv-349 |
| | § | |
| ENI US Operating Co., Inc. | § | |
| | § | |
| Defendant | § | |

## PLAINTIFF'S EXHIBIT LIST

| No. | Description | Offer | Obj | Date Admit | N/Admit |
| --- | --- | --- | --- | --- | --- |
| 1. | 7/2/2013 ENI Injury/Illness Report (000001-000002) | | | | |
| 2. | 7/2/2013 ENI US Operating Injury/Illness Report & Wood Gorup PSN Initial Incident Notification (Acadiana Center for Orthopedic & Occupation Medicine, LLC (Dr. Gidman) Work Release 7.5.13 attached) (ENI 0003-0005) | | | | |
| 3. | 6/20/2013 Eni Petroleum Service Provider Safety Orientation Checklist for Donald Broussard (ENI 0006) | | | | |
| 4. | Safety Meeting Minutes - 6.23.13 & 6.30.13 (ENI 0007-0010) | | | | |
| 5. | Infirmary Log (ENI 0011) | | | | |
| 6. | 6/27/2013 A&B Valve and Piping Systems LLC Packing List (ENI 0012) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7. | 7/30/2013 MASTER SERVICE AGREEMENT BETWEEN ENI US OPERATING CO. INC. AND ODL, INC. AND WOOD GROUP PSN, INC. (ENI 0013-0061) | | | | |
| 8. | 6/29/2013 JSA (ENI 0063-0064) | | | | |
| | *EXPERTS* | | | | |
| 9. | CV OF JACK MADELEY | | | | |
| 10. | 6/25/2014 REPORT OF JACK MADELEY | | | | |
| 11. | CV OF TODD COWEN, M.D. | | | | |
| 12. | 8/19/2014 TODD COWEN, M.D. LIFE CARE PLAN (000004-000037) | | | | |
| 13. | CV OF JEFF PETERSON | | | | |
| 14. | 7/1/2014 REPORT OF JEFF PETERSON | | | | |
| 15. | CV OF KENNETH MCCOIN, PH.D. | | | | |
| 16. | 6/24/2014 REPORT OF KENNETH MCCOIN, PH.D. | | | | |
| 17. | SOCIAL SECURITY ADMINISTRATION - EARNINGS RECORDS (R000650-R000662) | | | | |
| 18. | INTERNAL REVENUE SERVICE TAX RETURNS (R000612-R000649) | | | | |
| | *MEDICAL RECORDS* | | | | |
| 19. | DR. GREGORY GIDMAN | | | | |
| 20. | LABORDE DIAGNOSTICS - NO MEDICAL (RADIOLOGY & BILLING ONLY) | | | | |
| 21. | DR. GEORGE WILLIAMS | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 22. | **OPELOUSAS GENERAL HOSPITAL (8/2/2013-8/8/2013)** | | | | |
| 23. | **HOME HEALTH CARE** | | | | |
| 24. | **SOUTHWEST NEUROSCIENCE CENTER** | | | | |
| 25. | **SURGICAL ASSOCIATES OF OPELOUSAS** | | | | |
| 26. | **OPELOUSAS GENERAL HOSPITAL (7/30/2014-8/2/2014)** | | | | |
| | *RADIOLOGY RECORDS* | | | | |
| 27. | **DR. GREGORY GIDMAN** | | | | |
| 28. | **LABORDE DIAGNOSTICS** | | | | |
| 29. | **OPELOUSAS GENERAL HOSPITAL** | | | | |
| | *BILLING RECORDS* | | | | |
| 30. | **DR. GREGORY GIDMAN** | | | | |
| 31. | **LABORDE DIAGNOSTICS** | | | | |
| 32. | **DR. GEORGE WILLIAMS** | | | | |
| 33. | **OPELOUSAS GENERAL HOSPITAL** | | | | |
| 34. | **ACADIANA INTRAOPERATIVE MONITORING** | | | | |
| 35. | **HOME HEALTH CARE** | | | | |
| 36. | **SOUTHWEST NEUROSCIENCE CENTER** | | | | |
| 37. | **SURGICAL ASSOCIATES OF OPELOUSAS** | | | | |
| 38. | **ANESTHESIA ASSOCIATES OF OPELOUSAS** | | | | |
| | *DEPOSITION EXHIBITS* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 39. | **EXHIBIT 1 TO DEPOSITION OF DONALD BROUSSARD** | | | | |
| 40. | **EXHIBIT 2 TO DEPOSITION OF DONALD BROUSSARD** | | | | |
| 41. | **EXHIBIT 1 TO DEPOSITION OF JAMES GULDE** | | | | |
| 42. | **EXHIBIT 2 TO DEPOSITION OF JAMES GULDE** | | | | |
| 43. | **EXHIBIT 1 TO DEPOSITION OF KEVIN TWIDT** | | | | |
| 44. | **EXHIBIT 2 TO DEPOSITION OF KEVIN TWIDT** | | | | |
| 45. | **EXHIBIT 3 TO DEPOSITION OF KEVIN TWIDT** | | | | |
| 46. | **EXHIBIT 4 TO DEPOSITION OF KEVIN TWIDT** | | | | |
| 47. | **EXHIBIT 5 TO DEPOSITION OF KEVIN TWIDT** | | | | |
| 48. | **EXHIBIT 6 TO DEPOSITION OF KEVIN TWIDT** | | | | |
| 49. | **EXHIBIT 1 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 50. | **EXHIBIT 2 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 51. | **EXHIBIT 3 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 52. | **EXHIBIT 4 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 53. | **EXHIBIT 5 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 54. | **EXHIBIT 6 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 55. | **EXHIBIT 7 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 56. | **EXHIBIT 8 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 57. | **EXHIBIT 9 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 58. | **EXHIBIT 10 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 59. | **EXHIBIT 11 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 60. | **EXHIBIT 12 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 61. | **EXHIBIT 13 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 62. | **EXHIBIT 14 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 63. | **EXHIBIT 15 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 64. | **EXHIBIT 16 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 65. | **EXHIBIT 17 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 66. | **EXHIBIT 18 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 67. | **EXHIBIT 19 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 68. | **EXHIBIT 20 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 69. | **EXHIBIT 21 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 70. | **EXHIBIT 22 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 71. | **EXHIBIT 23 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 72. | **EXHIBIT 24 TO DEPOSITION OF GEORGE WILLIAMS, MD** | | | | |
| 73. | **EXHIBIT 1 TO DEPOSITION OF JACK MADELEY** | | | | |
| 74. | **EXHIBIT 2 TO DEPOSITION OF JACK MADELEY** | | | | |
| 75. | **EXHIBIT 3 TO DEPOSITION OF JACK MADELEY** | | | | |
| 76. | **EXHIBIT 4 TO DEPOSITION OF JACK MADELEY** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 77. | **EXHIBIT 5 TO DEPOSITION OF JACK MADELEY** | | | | |
| 78. | **EXHIBIT 6 TO DEPOSITION OF JACK MADELEY** | | | | |
| 79. | **EXHIBIT 7 TO DEPOSITION OF JACK MADELEY** | | | | |
| 80. | **EXHIBIT 8 TO DEPOSITION OF JACK MADELEY** | | | | |
| 81. | **EXHIBIT 9 TO DEPOSITION OF JACK MADELEY** | | | | |
| 82. | **EXHIBIT 1 TO DEPOSITION OF JEFF PETERSON** | | | | |
| 83. | **EXHIBIT 2 TO DEPOSITION OF JEFF PETERSON** | | | | |
| 84. | **EXHIBIT 3 TO DEPOSITION OF JEFF PETERSON** | | | | |
| 85. | **EXHIBIT 4 TO DEPOSITION OF JEFF PETERSON** | | | | |
| 86. | **EXHIBIT 5 TO DEPOSITION OF JEFF PETERSON** | | | | |
| 87. | **EXHIBIT 6 TO DEPOSITION OF JEFF PETERSON** | | | | |
| 88. | **EXHIBIT 7 TO DEPOSITION OF JEFF PETERSON** | | | | |
| 89. | **EXHIBIT 8 TO DEPOSITION OF JEFF PETERSON** | | | | |
| 90. | **EXHIBIT 9 TO DEPOSITION OF JEFF PETERSON** | | | | |
| | *MISCELLANEOUS* | | | | |
| 91. | **DOCUMENTS RECEIVED FROM WOOD GROUP IN RESPONSE TO PLAINTIFF'S SUBPOENA (WG 000001-000227)** | | | | |

Plaintiff reserves the right to supplement his exhibit list should additional documents be identified or produced prior to trial. In addition, Plaintiff reserves the right to use all exhibits identified by Defendant at the time of trial.