IN THE UNITED STATES DISTRICT COURT OF
THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DONALD BROUSSARD | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:13-cv-349 |
| | § | |
| | § | |
| ENI US OPERATING CO., INC. | § | |
| | § | |
| Defendant | § | |

## DEFENDANT ENI US OPERATING CO., INC.'S
## PROPOSED VOIR DIRE TOPICS

1. Back surgeries.
2. Offshore experience.
3. Medical training.

                                            Respectfully submitted,

                                            **IRESON & WEIZEL, PLLC**

                                            /s/ *Lansford O. Ireson, Jr.*
                                            Lansford O. Ireson, Jr., *Attorney In Charge*
                                            Texas Bar No. 10412400
                                            Federal I.D. No. 9114
                                            lireson@iwlegal.com
                                            9720 Cypresswood Drive, Suite 238
                                            Houston, Texas  77070
                                            Telephone No. (713) 228-1160
                                            Facsimile No. (713) 228-1161

                                            **ATTORNEY FOR DEFENDANT**
                                            **ENI US OPERATING CO., INC.**