IN THE UNITED STATES DISTRICT COURT OF
THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| DONALD BROUSSARD | § | |
| --- | --- | --- |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. 3:13-cv-349 |
| ENI US OPERATING CO., INC. | § | |
| Defendant | § | |

## EXHIBIT LIST OF DEFENDANT

| No. | Description | Offered | Objection | Date Admitted | Date Not Admitted |
| --- | --- | --- | --- | --- | --- |
| 1 | Eni Safety Orientation Checklist (Eni 0006) | | | | |
| 2 | Job Safety Analysis Worksheet (Eni 0063) | | | | |
| 3 | Infirmary Log (Eni 0011) | | | | |
| 4 | Eni Injury Report (Eni 0003) | | | | |
| 5 | Wood Group Incident Notification (Eni 0004) | | | | |
| 6 | A&B Valve Packing List (Eni 0012) | | | | |
| 7 | Dr. Williams 10-30-14 Report (DB 0038) | | | | |
| 8 | Diagnostic Testing Summary (Exhibit 20 to Dr. Williams depo) | | | | |
| 9 | Diagnosis Summary (Exhibit 21 to Dr. Williams depo) | | | | |
| 10 | Surgical Timeline/Summary (Exhibit 22 to Dr. Williams depo) | | | | |
| 11 | 12-14-09 MRI (Exhibit 23 to Dr. Williams depo) | | | | |
| 12 | 5-14-14 Payment correspondence (Exhibit 24 to Dr. Williams depo) | | | | |

## Amended Exhibit List of Defendant Civil No. 3:13-cv-349

| No. | Description | Offered | Objection | Date Admitted | Date Not Admitted |
|---|---|---|---|---|---|
| 13 | Madeley Invoices | | | | |
| 14 | Madeley List of Cases | | | | |
| 15 | Madeley Documents Reviewed | | | | |
| 16 | Madeley List of References | | | | |
| 17 | Peterson Invoices | | | | |
| 18 | Peterson – Plaintiff Employment Summary | | | | |
| 19 | Peterson – Notes on Potential Jobs | | | | |
| 20 | Peterson – Salary worksheet | | | | |
| 21 | Peterson – Plaintiff Vocational Questionnaire | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |