IN THE UNITED STATES DISTRICT COURT OF
THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DONALD BROUSSARD | § § § § § § § § § § § | |
| Plaintiff | | |
| VS. | | CIVIL ACTION NO. 3:13-cv-349 |
| ENI US OPERATING CO., INC. | | |
| Defendant | | |

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S DESIGNATIONS FROM THE DEPOSITION OF JOEY REGAN

### DEFENDANT'S COUNTER DESIGNATIONS

Add for optional completeness

    Page 6, Lines 20-23

    Page 11, Line 19 TO Page 12, Line 2

    Page 17, Line 1 to Page 18, Line 4

    Page 21 Lines 15-20

    Page 32 Line 21 to Page 33, Line 25

Counter Designations

    Page 48, Line 18 to Page 49, Line 22

    Page 50, Line 16 to Page 53, Line 16

1

IRESON & WEIZEL, PLLC

/s/ *Lansford O. Ireson, Jr.*
Lansford O. Ireson, Jr., *Attorney In Charge*
Texas Bar No. 10412400
Federal I.D. No. 9114
lireson@iwlegal.com
9720 Cypresswood Drive, Suite 238
Houston, Texas 77070
Telephone No. (713) 228-1160
Facsimile No. (713) 228-1161

**ATTORNEY FOR DEFENDANT
ENI US OPERATING CO., INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been duly sent via facsimile and via CM/ECF, if the CM/ECF system allows, to counsel of record on this the January 2, 2015, as follows:

    Kurt B. Arnold
    Arnold & Itkin, LLP
    1401 McKinney Street
    Suite 2550
    Houston, Texas 77010
    (713) 222-3850 (Facsimile)
        *Counsel for Plaintiff*

                    By:   /S/ Lansford O. Ireson
                                Lansford O. Ireson